AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF   NEVADA

J & J SPORTS PRODUCTIONS, INC.,

      Plaintiff,                  JUDGMENT IN A CIVIL CASE
V.

                                  CASE NUMBER:  **2:09-cv-00347-ECR-RJJ**

ANTONIO BENITEZ a/k/a ANTONIO RODIRGUEX, individually and d/b/a TACOS LOS TORITOS, and DOES I through V, and ROE CORPORATIONS I through V, inclusive,

      Defendants.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

 X    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Default Judgment (#10) is hereby GRANTED .  IT IS FURTHER HEREBY ORDERED that Defendants shall pay to Plaintiff the sum of $3,600.00 in statutory damages in addition to an enhancement of $5,400.00 for total damages in the amount of $9.000.00, together with interest accruing at the legal rate of interest per annum from the date of this Judgment until paid in full.


   June 12, 2009                                           **LANCE S. WILSON**
                                                                    Clerk

                                                                /s/ D. R. Morgan
                                                                   Deputy Clerk